4paear05.p 23.4
05.26.02.00.00

INTERNATIONAL LEADERSHIP OF TEXAS, TX
03/27/2026 Check Information

04/03/26

Page:1
1:59 PM

```
--------------EMPLOYER INFORMATION--------------        --------------EMPLOYEE INFORMATION--------------
      Name: INTERNATIONAL LEADERSHIP OF TEXAS                  Name: WITKOWSKI, JACOB ALEXANDER
   Address: 2021 LAKESIDE BLVD                              Address: 813 Royal Terrace
            Richardson, TX 75082                                     Hurst, TX 76053


     Phone: (972) 479-9078
```

```
-----------------------------------CHECK DETAIL INFORMATION-----------------------------------
         Check Date: 03/27/2026       Gross Wages:      15,557.37
       Check Number: 900338447        Net Amount:       12,152.48
         Check Type: Regular
```

```
-----------------------------------TAXABLE WAGE INFORMATION-----------------------------------
                                       FEDERAL        STATE        FICA     MEDICARE
                      Gross Wages:    15,557.37    15,557.37    15,557.37   15,557.37
    Minus Deductions that Decrease Tax: 1,720.38     1,720.38       436.90      436.90
              Plus Taxable Benefits:       0.00         0.00         0.00        0.00
              Taxable Gross Wages:    13,836.99    13,836.99         0.00   15,120.47
```

```
-----------------------------------------PAYS-------------------------------------------------
DESCRIPTION            RATE  FACTOR/HOURS       AMOUNT  PERIOD END
DOCK STPD GT 2         5.35        -2.00        -10.70  03/27/2026
DOCK TEACHER         298.40        -2.00       -596.80  03/27/2026
ROAD SCHOLAR 3        -1.00       388.88       -388.88  03/27/2026
STIPEND GT 2         291.40         1.00        291.40  03/27/2026
TEACHER           16,262.35         1.00     16,262.35  03/27/2026
                                    Total:  15,557.37
```

```
------------------DEDUCTIONS--------------------        ------------------BENEFITS--------------------
                      --DECREASE TAX--                               ----TAXABLE----
DESCRIPTION         AMOUNT  FED    ST    F/M        DESCRIPTION         AMOUNT  FED   ST    F/M
AC PRIMARY          376.00   Y     Y      Y         AC PRIMARY          570.00
DENTAL MED MAC       60.90   Y     Y      Y         BASIC LIFE            2.50
FED WITHOLDING    1,364.14                          MEDICARE            219.25
MEDICARE            219.25                          TRS CARE            116.68
TRS CARE            101.12
TRS RETIREMENT    1,283.48   Y     Y
         Total:   3,404.89                                   Total:     908.43
```

```
-----------------------------------TIME OFF SNAPSHOT INFORMATION-----------------------------------
TIME OFF CODE  TIME OFF DESCRIPTION  GROUP    BEGIN AMT      USED AMT     ALLOC AMT    REMAIN AMT
LOCAL          LOCAL DAYS            2
LWOP           LEAVE WITHOUT PAY     9
STPER          STATE PERSONAL        1          2 Days        2 Days
```

```
       *********************** End of report ***********************
```

```
4paear05.p 23.4                      INTERNATIONAL LEADERSHIP OF TEXAS, TX          04/03/26        Page:1
05.26.02.00.00                         02/27/2026 Check Information                                 1:54 PM
```

```
--------------EMPLOYER INFORMATION--------------        --------------EMPLOYEE INFORMATION--------------
     Name: INTERNATIONAL LEADERSHIP OF TEXAS                  Name: WITKOWSKI, JACOB ALEXANDER
  Address: 2021 LAKESIDE BLVD                              Address: 813 Royal Terrace
           Richardson, TX 75082                                     Hurst, TX 76053


   Phone: (972) 479-9078
```

```
-----------------------------------CHECK DETAIL INFORMATION-----------------------------------------
        Check Date: 02/27/2026          Gross Wages:        4,344.46
      Check Number: 900334421           Net Amount:         3,464.24
        Check Type: Regular
```

```
-----------------------------------TAXABLE WAGE INFORMATION-----------------------------------------
                                         FEDERAL        STATE         FICA      MEDICARE
                         Gross Wages:    4,344.46     4,344.46     4,344.46     4,344.46
     Minus Deductions that Decrease Tax:   795.32       795.32       436.90       436.90
              Plus Taxable Benefits:         0.00         0.00         0.00         0.00
              Taxable Gross Wages:       3,549.14     3,549.14         0.00     3,907.56
```

```
------------------------------------------------PAYS-------------------------------------------------
DESCRIPTION            RATE   FACTOR/HOURS        AMOUNT  PERIOD END
ROAD SCHOLAR 3        -1.00         388.88       -388.88  02/27/2026
STIPEND GT 2          83.34          1.00          83.34  02/27/2026
TEACHER            4,650.00          1.00       4,650.00  02/27/2026
                                    Total:       4,344.46
```

```
------------------DEDUCTIONS--------------------        -------------------BENEFITS--------------------
                    --DECREASE TAX--                                      ----TAXABLE----
DESCRIPTION         AMOUNT  FED   ST   F/M            DESCRIPTION         AMOUNT  FED   ST   F/M
AC PRIMARY          376.00   Y    Y     Y             AC PRIMARY          570.00
DENTAL MED MAC       60.90   Y    Y     Y             BASIC LIFE            2.50
FED WITHOLDING        0.00                            MEDICARE             56.66
MEDICARE             56.66                            TRS CARE             32.58
TRS CARE             28.24
TRS RETIREMENT      358.42   Y    Y
        Total:      880.22                                    Total:      661.74
```

```
-----------------------------------TIME OFF SNAPSHOT INFORMATION------------------------------------
TIME OFF CODE  TIME OFF DESCRIPTION  GROUP     BEGIN AMT       USED AMT       ALLOC AMT       REMAIN AMT
LOCAL          LOCAL DAYS             2         2 Days         1 Days                          1 Days
STPER          STATE PERSONAL         1         3 Days                                         3 Days
```

```
        *********************** End of report ***********************
```

```
4paear05.p 25.4                 INTERNATIONAL LEADERSHIP OF TEXAS, TX        04/03/26        Page:1
05.26.02.00.00                    01/28/2026  Check Information                              1:55 PM
```

```
--------------EMPLOYER INFORMATION--------------      --------------EMPLOYEE INFORMATION--------------
    Name: INTERNATIONAL LEADERSHIP OF TEXAS               Name: WITKOWSKI, JACOB ALEXANDER
 Address: 2021 LAKESIDE BLVD                           Address: 813 Royal Terrace
          Richardson, TX 75082                                  Hurst, TX 76053


   Phone: (972) 479-9078
```

```
-----------------------------------CHECK DETAIL INFORMATION-----------------------------------------
        Check Date: 01/28/2026        Gross Wages:       4,344.46
      Check Number: 900330438         Net Amount:        3,464.24
        Check Type: Regular
```

## TAXABLE WAGE INFORMATION

|                                        | FEDERAL  | STATE    | FICA     | MEDICARE |
|----------------------------------------|----------|----------|----------|----------|
| Gross Wages:                           | 4,344.46 | 4,344.46 | 4,344.46 | 4,344.46 |
| Minus Deductions that Decrease Tax:    | 795.32   | 795.32   | 436.90   | 436.90   |
| Plus Taxable Benefits:                 | 0.00     | 0.00     | 0.00     | 0.00     |
| Taxable Gross Wages:                   | 3,549.14 | 3,549.14 | 0.00     | 3,907.56 |

## PAYS

| DESCRIPTION     | RATE     | FACTOR/HOURS | AMOUNT    | PERIOD END |
|-----------------|----------|--------------|-----------|------------|
| ROAD SCHOLAR 3  | -1.00    | 388.88       | -388.88   | 01/31/2026 |
| STIPEND GT 2    | 83.34    | 1.00         | 83.34     | 01/31/2026 |
| TEACHER         | 4,650.00 | 1.00         | 4,650.00  | 01/31/2026 |
|                 |          | Total:       | 4,344.46  |            |

## DEDUCTIONS

|                  |        | --DECREASE TAX-- | | |
|------------------|--------|-----|-----|-----|
| DESCRIPTION      | AMOUNT | FED | ST  | F/M |
| AC PRIMARY       | 376.00 | Y   | Y   | Y   |
| DENTAL MED MAC   | 60.90  | Y   | Y   | Y   |
| FED WITHOLDING   | 0.00   |     |     |     |
| MEDICARE         | 56.66  |     |     |     |
| TRS CARE         | 28.24  |     |     |     |
| TRS RETIREMENT   | 358.42 | Y   | Y   |     |
| Total:           | 880.22 |     |     |     |

## BENEFITS

|              |        | ----TAXABLE---- | | |
|--------------|--------|-----|----|-----|
| DESCRIPTION  | AMOUNT | FED | ST | F/M |
| AC PRIMARY   | 570.00 |     |    |     |
| BASIC LIFE   | 2.50   |     |    |     |
| MEDICARE     | 56.66  |     |    |     |
| TRS CARE     | 32.58  |     |    |     |
| Total:       | 661.74 |     |    |     |

## TIME OFF SNAPSHOT INFORMATION

| TIME OFF CODE | TIME OFF DESCRIPTION | GROUP | BEGIN AMT | USED AMT | ALLOC AMT | REMAIN AMT |
|---------------|----------------------|-------|-----------|----------|-----------|------------|
| LOCAL         | LOCAL DAYS           | 2     | 2 Days    |          |           | 2 Days     |
| STPER         | STATE PERSONAL       | 1     | 3.5 Days  | 0.5 Days |           | 3 Days     |

```
********************* End of report *********************
```