Certificate Number: 17572-TXN-DE-040885499

Bankruptcy Case Number: 26-41738



17572-TXN-DE-040885499

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 21, 2026, at 5:12 o'clock PM PDT, Jacob A Witkowski completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   April 21, 2026

By:   /s/Leigh-Anna M Thompson

Name:   Leigh-Anna M Thompson

Title:   Counselor