United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 26-41738-elm

Jacob Alexander Witkowski                                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                        User: admin                              Page 1 of 2

Date Rcvd: Apr 21, 2026                     Form ID: 309A                             Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jacob Alexander Witkowski, 813 Royal Terrace, Hurst, TX 76053-4221 |
| 23325014 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23325017 | ++ | CREDIT UNION OF NEW JERSEY, 1301 PARKWAY AVE, EWING NJ 08628-3010 address filed with court:, Credit Union of New Jersey, 1035 Parkway Av, Trenton, NJ 08625 |
| 23325018 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23325023 | + | Jing Jing, 813 Royal Terrace, Hurst, TX 76053-4221 |
| 23325030 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23325031 | + | Schmeder LLC, 806 Durham Court, Southlake, TX 76092-8621 |
| 23325033 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: clayton@norredlaw.com | Apr 21 2026 22:17:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: FRBNEWHOUSE | Apr 22 2026 01:57:00 | Roddrick Newhouse, 401 Century Pkwy, Unit 715, Allen, TX 75013-8043 |
| 23325013 | ^ | MEBN | Apr 21 2026 22:10:02 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23325015 | + | EDI: CAPITALONE.COM | Apr 22 2026 01:57:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23325016 | + | EDI: CITICORP | Apr 22 2026 01:57:00 | Citibank, PO Box 790046, Saint Louis, MO 63179-0046 |
| 23325019 | + | EDI: MAXMSAIDV | Apr 22 2026 01:57:00 | Dept Of Ed/Aidvantage, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| 23325020 | + | EDI: MAXMSAIDV | Apr 22 2026 01:57:00 | Dept. Of Ed/ Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 23325021 | + | EDI: IRS.COM | Apr 22 2026 01:57:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23325024 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 21 2026 22:18:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23325025 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 21 2026 22:18:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23325026 | | Email/Text: EBN@Mohela.com | Apr 21 2026 22:17:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 23325027 | | Email/Text: EBN@Mohela.com | Apr 21 2026 22:17:00 | Mohela/Dofed, MOHELA, Attn: Bankruptcy 633 Spirit Driv, Chesterfield, MO 63005-1243 |
| 23325028 | + | Email/PDF: Bankruptcy_Prod@mohela.com | | |

District/off: 0539-4      User: admin      Page 2 of 2

Date Rcvd: Apr 21, 2026      Form ID: 309A      Total Noticed: 26

| Recip ID | | Notice Method | Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 21 2026 22:19:52 | Mohela/Navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 23325029 | + | Email/Text: emccain@pbfcm.com | Apr 21 2026 22:18:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23325032 | | Email/Text: pacer@cpa.state.tx.us | Apr 21 2026 22:18:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23325034 | + | Email/Text: bcd@oag.texas.gov | Apr 21 2026 22:18:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23325035 | + | Email/Text: collections.pacer@twc.texas.gov | Apr 21 2026 22:18:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23325036 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 21 2026 22:18:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23325022 | *+ | Jacob Alexander Witkowski, 813 Royal Terrace, Hurst, TX 76053-4221 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026      Signature:      /s/Gustava Winters

| | | | |
|---|---|---|---|
| Information to identify the case: | | | |
| Debtor 1: | Jacob Alexander Witkowski | Social Security number or ITIN: | xxx–xx–9417 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed for chapter: | 7   4/21/26 |
| Case number: | 26–41738–elm7 | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Jacob Alexander Witkowski | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 813 Royal Terrace Hurst, TX 76053 | | |
| 4. | **Debtor's attorney** Name and address | Clayton Everett 515 E. Border St. Ste 163 76010 Arlington, TX 76010 | | Contact phone 817–704–3984 Email: clayton@norredlaw.com |
| 5. | **Bankruptcy trustee** Name and address | Roddrick Newhouse 401 Century Pkwy Unit 715 Allen, TX 75013 | | Contact phone 469–777–6560 |

**For more information, see page 2 >**

Debtor  **Jacob Alexander Witkowski**                                    Case number **26–41738–elm7**

| 6. | **Bankruptcy clerk's office** | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30 |
| --- | --- | --- | --- |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone 817–333–6000<br><br>Date: 4/21/26 |

| 7. Meeting of creditors | **May 26, 2026 at 10:30 AM** | Location: |
| --- | --- | --- |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 813 822 9351, and Passcode 9957098007, OR call 1–469–784–9078**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
| --- | --- | --- |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/27/26** |
| --- | --- | --- |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| --- | --- |
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| --- | --- |

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| --- | --- |